**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NOVA TECH LTD, CYNTHIA PETION, EDDY PETION, MARTIN ZIZI, JAMES CORBETT, CORRIE SAMPSON, DAPILINU DUNBAR, JOHN GAROFANO, MARSHA HADLEY,<br><br>Defendants. | Civ. Action No. ___________<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S AGREED MOTION FOR ENTRY OF JUDGMENT AS TO DEFENDANT MARTIN ZIZI**

Plaintiff Securities and Exchange Commission ("**SEC**") files this Agreed Motion for Entry of Judgment as to Defendant Martin Zizi. In support of this Motion, the SEC states as follows:

1. The SEC filed this civil action on August 12, 2024, asserting that Defendant Martin Zizi ("**Zizi**") and his co-defendants committed violations of the federal securities laws. (*See* Doc. 1.)

2. The SEC has reached a bifurcated settlement with Zizi, who has executed a written consent (the "**Consent**") that sets out the terms of the bifurcated settlement. A true and correct copy of the Consent is filed herewith as Exhibit A.

3. As set forth in the Consent, Zizi has agreed to entry of the proposed Judgment ("**Judgment**") submitted herewith as Exhibit B. The Judgment, among other things: (a) orders certain permanent injunctive relief against Zizi, (b) orders Zizi to pay a civil penalty in the

amount of $100,000, and (c) orders that the Court will determine, at a later date and upon motion by the SEC, whether to order Zizi to pay disgorgement, together with prejudgment interest thereon, of ill-gotten gains and, if so, the amount of such disgorgement, and whether to enter a conduct-based injunction against Zizi as further specified in the Judgment.

4. The SEC respectfully requests that the Court enter the Judgment.

5. Pursuant to the Consent, Zizi has agreed that the SEC may present the proposed Judgment to the Court for signature and entry without further notice (*see* Exhibit A ¶¶ 11, 15).

For the foregoing reasons, the SEC respectfully requests that the Court grant this Motion, enter the proposed Judgment filed herewith as Exhibit B, and grant the SEC such other or further relief to which it is justly entitled.

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Plaintiff certifies that has conferred with counsel for Zizi—who is the only party or non-party who may be affected by the relief sought in this Motion—in a good faith effort to resolve the issues raised in the Motion, and counsel for Zizi is not opposed to this Motion or any of the relief sought herein.

Dated: August 12, 2024

Respectfully submitted,

*/s/ Patrick Disbennett*

Patrick Disbennett
S.D. Fla. Special Bar ID A5503234
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Tel: (817) 266-9633 (Disbennett)
disbennettpa@sec.gov

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 9, 2024 and August 12, 2024, I conferred with counsel for Defendant Martin Zizi regarding the content of this motion and the relief sought herein, and Defendant is UNOPPOSED to the relief sought by the SEC herein.

*/s/ Patrick Disbennett*
Patrick Disbennett

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, a copy of foregoing *Agreed Motion for Entry of Judgment as to Defendant Martin Zizi* was filed electronically and served by mail as soon as practicable on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Counsel for Martin Zizi will also be emailed a copy of this filing.

*/s/ Patrick Disbennett*
Patrick Disbennett