UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23058-CIV-ALTONAGA/Reid

**SECURITIES AND EXCHANGE COMMISSION**,

       Plaintiff,
v.

**NOVA TECH LTD.**, *et al*.,

       Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon review of the parties' Joint Scheduling Report [ECF No. 20]. In the Joint Scheduling Report, Plaintiff, Securities and Exchange Commission indicates Defendants, Cynthia Petion and Eddy Petion, reside in Panama, and Plaintiff "is diligently pursuing service of them[.]" (*Id.* 2–3 (alteration added)). Plaintiff further reports that Defendant, Nova Tech Ltd., is "an entity formed under the laws of Saint Vincent and the Grenadines" but no longer has a registered agent or designated office there, and thus will be served through Defendant Cynthia Petion, Nova Tech's sole officer and beneficial owner.[1] (*Id.* 3).

Plaintiff reports service of these Defendants "is expected to take significant time to complete." (*Id.* 3). Indeed, Panama, where these Defendants purportedly reside, is a signatory to the Inter-American Convention on Letters Rogatory, which allows for international service. *See Commodity Futures Trading Comm'n v. Bryant*, No. 21-cv-487, 2021 WL 12301190, at *3 (W.D.N.C. Oct. 5, 2021) ("[S]ince both Panama and the United States are signatories to the treaty, service in Panama by [any] court-approved method pursuant to [Federal Rule of Civil Procedure]

---

[1] The other Defendants in the case have already been served, waived service, or had judgment entered against them. (*See* Waiver and Proof of Service [ECF Nos. 10, 14–18]; Final Judgment [ECF No. 11]).

4(f)(3) is entirely acceptable." (alteration adopted; additional alterations added; citation and quotation marks omitted)). The Court notes such service may take anywhere from 12 to 18 months. *See In re BRF S.A. Sec. Litig.*, No. 18-cv-2213, 2019 WL 257971, at *2 (S.D.N.Y. Jan. 18, 2019).

Consequently, and under the Court's inherent power to manage its docket to ensure the orderly progress of the case, *see, e.g.*, *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort . . . . How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." (alterations added; citations omitted)), it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is instructed to mark the case as **CLOSED** for administrative purposes only.

2. The Court retains jurisdiction, and when Plaintiff files proofs of service on all Defendants, the Court will reopen the case upon motion by Plaintiff, accompanied by a proposed, joint scheduling report. This Order shall not prejudice the rights of the parties to this litigation.

3. Plaintiff is instructed to submit, every sixty days (60) days from the date of this Order, status reports advising of the status of service upon the foreign Defendants.

4. The parties may conduct discovery pending service on the remaining Defendants. Pursuant to 28 U.S.C. section 636 and this District's Magistrate Judge Rules, all discovery matters are referred to Magistrate Judge Lisette M. Reid.[2]

---

[2] The parties shall comply with the discovery procedures provided in the document titled, "Standing Discovery Order for Magistrate Judge Lisette M. Reid," available on the Court's website. No written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed.

CASE NO. 24-23058-CIV-ALTONAGA/Reid

5. Defendants, James Corbett, John Garofano, Dapilinu Dunbar, Marsha Hadley, and Corrie Sampson, shall not file responses to the Complaint [ECF No. 1] until all Defendants have been served. After all Defendants have been served, Defendants shall submit a single, combined response or separate answers within the time allowed for the last-served Defendant to respond. Although Defendants are not required to file responses to the Complaint until all Defendants have been served, each Defendant's counsel shall file a notice of appearance within 21 days of service of the Complaint upon that Defendant.

**DONE AND ORDERED** in Miami, Florida, this 30th day of September, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record