UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NOVA TECH LTD, CYNTHIA PETION, EDDY PETION, MARTIN ZIZI, JAMES CORBETT, CORRIE SAMPSON, DAPILINU DUNBAR, JOHN GAROFANO, MARSHA HADLEY,<br><br>Defendants. | Civ. Action No. 1:24-cv-23058-CMA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S FIRST STATUS REPORT PURSUANT TO ORDER DATED SEPTEMBER 30, 2024 [ECF NO. 32]**

Plaintiff Securities and Exchange Commission ("**SEC**" or "**Plaintiff**") respectfully submits this first status report pursuant to the Court's Order dated September 30, 2024 [ECF No. 33] ("**Order**"). In relevant part, the Order provides that "Plaintiff is instructed to submit, every sixty (60) days from the date of this Order, status reports advising of the status of service upon the foreign Defendants." (*Id.* 3). To that end, the SEC reports as follows:

1. As previously reported to this Court,[1] Plaintiff is seeking to serve three Defendants in Panama: Cynthia Petion, Eddy Petion and Nova Tech Ltd. (collectively, the "**Foreign Defendants**"). As noted in the Order, Panama "is a signatory to the Inter-American Convention on Letters Rogatory, which allows for international service." (*Id.* 1).

2. Pursuant to the Inter-American Convention on Letters Rogatory, Plaintiff filed a motion [ECF No. 31] on September 30, 2024 asking the Court to sign, date, and seal the letters

---

[1] *See, e.g.* (Joint Scheduling Report, ECF No. 20).

1

rogatory submitted with Plaintiff's motion for service on the Foreign Defendants in Panama. The Court granted that motion on October 1, 2024 [ECF No. 33], and as directed by the Court, the Clerk of the Court subsequently signed and sealed the letters rogatory and mailed the original copies to the undersigned counsel for the SEC.

3.  After receiving the signed and sealed letters rogatory from the Clerk of the Court, the SEC transmitted the same to ABC Legal, which is the U.S. Central Authority for the Inter-American Convention on Letters Rogatory.[2] ABC Legal acknowledged receipt of the letters rogatory on October 15, 2024.

4.  On October 16, 2024, ABC Legal transmitted the letters rogatory to the Panamanian Central Authority requesting service on the Foreign Defendants in Panama pursuant to the Inter-American Convention on Letters Rogatory.

5.  At this time, the SEC has no further updates to provide on the status of service on the Foreign Defendants. Under the Inter-American Convention on Letters Rogatory, the SEC understands that the Panamanian Central Authority is obligated to pursue service of the Foreign Defendants in Panama as requested in the letters rogatory. *See generally EGI-VSR, LLC v. Coderch Mitjans*, 963 F.3d 1112, 1117–18 (11th Cir. 2020) (describing the process of service on a foreign defendant via letter rogatory pursuant to the Inter-American Convention on Letters Rogatory). However, at this time, the SEC has not received any further updates from ABC Legal or the Panamanian Central Authority regarding the status of service on the Foreign Defendants.

Dated: November 27, 2024                     Respectfully submitted,

                                             UNITED STATES SECURITIES AND
                                             EXCHANGE COMMISSION

---

[2] ABC Legal is a contractor for the U.S. Department of Justice's Office of International Judicial Assistance. *See* https://www.justice.gov/civil/service-requests (last visited Sept. 26, 2024).

/s/ *Patrick Disbennett*_____
 Patrick Disbennett
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Tel: (817) 266-9633 (Disbennett)
disbennettpa@sec.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, a copy of foregoing motion and the documents submitted herewith were filed electronically and served by mail as soon as practicable on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to the parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Patrick Disbennett*
Patrick Disbennett