UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NOVA TECH LTD, CYNTHIA PETION, EDDY PETION, MARTIN ZIZI, JAMES CORBETT, CORRIE SAMPSON, DAPILINU DUNBAR, JOHN GAROFANO, MARSHA HADLEY,<br><br>Defendants. | Civ. Action No. 1:24-cv-23058-CMA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S SIXTH STATUS REPORT PURSUANT TO ORDER DATED SEPTEMBER 30, 2024 [ECF NO. 32]**

Plaintiff Securities and Exchange Commission ("**SEC**" or "**Plaintiff**") respectfully submits this sixth status report pursuant to the Court's Order dated September 30, 2024 [ECF No. 32] ("**Order**"). In relevant part, the Order provides that "Plaintiff is instructed to submit, every sixty (60) days from the date of this Order, status reports advising of the status of service upon the foreign Defendants." (*Id.* 3). To that end, the SEC reports as follows:

1.  As previously reported to this Court,[1] Plaintiff had been seeking to serve Cynthia Petion, Eddy Petion, and Nova Tech Ltd. (collectively, the "**Foreign Defendants**") in Panama pursuant to the Inter-American Convention on Letters Rogatory, to which Panama is a signatory. But as reported to the Court, Plaintiff received notice that the Panamanian Central Authority could not complete service on the Foreign Defendants at the address provided and could not otherwise

---

[1] *See, e.g.* (Joint Scheduling Report, ECF No. 20).

1

locate the Foreign Defendants to complete service pursuant to the Inter-American Convention on Letters Rogatory. (ECF No. 38, Pl.'s Fourth Status Rep. ¶ 3).

    2.    As noted in its last status report, Plaintiff has been unable to identify the Foreign Defendants' current address or location despite its diligent efforts, but it has obtained information regarding alternative means of service that are reasonably calculated to notify the Foreign Defendants of the Complaint and Summons. (ECF No. 39, Pl.'s Fifth Status Rep. ¶ 2). Plaintiff noted it intends to file a motion to serve the Foreign Defendants via alternative service. (*Id.* ¶ 3). Plaintiff is filing that motion contemporaneously herewith.

Dated: September 29, 2025

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

/s/ *Patrick Disbennett*
Patrick Disbennett
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Tel: (817) 266-9633 (Disbennett)
disbennettpa@sec.gov
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2025, a copy of foregoing status report was filed electronically and served by mail as soon as practicable on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to the parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Patrick Disbennett*
      Patrick Disbennett