**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SECURITIES AND EXCHANGE COMMISSION

PLAINTIFF(S)

v.

NOVA TECH, LTD., et al.,

DEFENDANT(S).

CASE NUMBER
1:24−cv−23058−CMA

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**NOVA TECH LTD.**
**CYNTHIA PETION**
**EDDY PETION**

as of course, on the date March 10, 2026.

**Angela E. Noble**
CLERK OF COURT

By _/s/ *Guillermo A Quezada*_
Deputy Clerk

cc: Chief Judge Cecilia M. Altonaga
Securities and Exchange Commission