**United States District Court**
**Southern District of Florida**

Securities and Exchange Commission,
Plaintiff,

v. Civ. Action No. 1:24-cv-23058

Nova Tech Ltd, Cynthia Petion, Eddy Petion, Martin Zizi, James Corbett, Corrie Sampson, Dapilinu Dunbar, John Garofano, Marsha Hadley,
Defendants.

---

**John Garofano's and Marsha Hadley's Motion for Relief from Court's Orders at Docs. 110 and 111**

Defendants John Garofano and Marsha Hadley, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, respectfully move this Court for relief from this Court's May 22, 2026, order at Doc. 110 and its June 1, 2026, order at Doc. 111. In support, Defendants state as follows:

1. On May 21, 2026, defendants Garofano and Hadley moved without opposition from the SEC for a fourteen-day extension of time to file their Answers to the Complaint in this case, requesting leave to file their Answers by June 5, 2026. Doc. 109.

2. On May 22, 2026, this Court granted that motion, but allowed defendants Garofano and Hadley only a seven-day extension of time to file their Answers, making their Answers due May 29, 2026. Counsel for the defendants mistakenly calendared the defendants' due date for June 5, 2026, and have been working to prepare their Answers for filing by that date.

3. Today, June 1, 2026, this Court entered its order directing the SEC to file a motion for entry of Clerk's defaults as to Defendants Garofano and Hadley by June 5, 2026. Doc. 111. Only then did undersigned counsel realize the calendaring mistake.

4. So as not to prejudice the Defendants for counsel's calendaring error, undersigned counsel requests this Court to permit Defendant Garafano until June 2, 2026, to file his Answer and Defendant Hadley until June 3, 2026, to file hers. Counsel will complete the preparation of their answers as expeditiously as possible and will file them no later than those dates.

5. This Motion is made in good faith and not for the purpose of delay. The requested relief from this Court's order will not prejudice any party, will not affect any other deadline set by this Court, and will permit Defendants to provide their responses to the allegations of the Complaint.

5. A proposed order is attached to this motion as exhibit A and will be emailed to the Honorable Cecilia M. Altonaga, Chief United States District Judge, in accordance with Section 31(6) of the CM/ECF NextGen Administrative Procedures for the Southern District of Florida (Dec. 1, 2025).

WHEREFORE, Defendants John Garofano and Marsha Hadley respectfully request that this Court enter an Order granting them relief from this Court's orders at Docs. 110 and 111, and granting such other and further relief as the Court deems just and proper.

**Local Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that on May 21, 2026, she emailed Patrick Disbennett, counsel for the Securities and Exchange Commission, to determine whether the SEC opposes this motion, but, as of the time of filing, had not received a response. Counsel for the SEC, however, did not previously oppose the Defendants' request for an extension of time until June 5, 2026, to file their Answers.

Dated: June 1, 2026

Respectfully Submitted,

By: *<u>/s/ Linda Julin McNamara</u>*

Linda Julin McNamara
Florida Bar Number 714887
Shrey Sharma
Admitted *Pro Hac Vice*
Oberheiden P.C.
13155 Noel Road, Suite 900
Dallas, Texas 75240
(813)784-7921 (telephone)
(972) 559-3365 (facsimile)
linda@federal-lawyer.com

Attorneys for Defendants
John Garofano and
Marsha Hadley

## Certificate of Service

I hereby certify that on, June 1, 2026, a true and correct copy of the above and foregoing instrument was served on all counsel of record via CM-ECF filing and on the *pro se* defendants as follows:

Dapilinu Dunbar at dapdunbar@me.com

James Corbett at Makemoneyonvacation@gmail.com

Corrie Sampson at Corriejsampson2019@gmail.com.

*/s/ Linda Julin McNamara*
Linda Julin McNamara

# Exhibit A

**United States District Court**
**Southern District of Florida**

Securities and Exchange Commission,
Plaintiff,

v. Civ. Action No. 1:24-cv-23058

Nova Tech Ltd, Cynthia Petion, Eddy Petion, Martin Zizi, James Corbett, Corrie Sampson, Dapilinu Dunbar, John Garofano, Marsha Hadley,
Defendants.

---

**[Proposed] Order Granting Defendants John Garofano's and Marsha Hadley's Motion for Relief from Court's Orders at Docs. 110 and 111**

THIS CAUSE came before the Court upon Defendants John Garofano's and Marsha Hadley's Motion for Relief from Court's Orders at Doc. 110 and 111 (the "Motion"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

Accordingly, it is ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendant John Garofano shall have up to and including June 2, 2026, to answer or otherwise respond to the Complaint and Defendant Marsha Hadley shall have up to and including June 3, 2026, and Marsha Hadley shall have up to and including June 5, 2026, to answer or otherwise respond to the Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of __________, 2026.

______________________________
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
Pro se defendants