**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-23058-CIV-ALTONAGA/Reid**

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

v.

**NOVA TECH LTD.**, *et al.*,

Defendants.
________________________________/

**ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE**

**THIS CAUSE** came before the Court *sua sponte*. On March 10, 2026, the Clerk entered Defaults [ECF No. 64] against Defendants, Nova Tech Ltd., Cynthia Petion, and Eddy Petion, after they failed to respond to the Complaint [ECF No. 1] or appear within the allotted time. (*See generally* Return of Service [ECF No. 58] (indicating Plaintiff served Defendants on February 6, 2026, via e-mail and electronic publication); *see also* Jan. 30, 2026 Order [ECF No. 57] 4 (permitting Plaintiff to serve Defendants via e-mail and by electronic publication)); Fed. R. Civ. P. 12(a)(1)(A).

Further, Defendants, John Garofano and Marsha Hadley filed a Motion for Relief from Court's Orders . . . [ECF No. 112], seeking reconsideration of the Court's June 1, 2026 Order [ECF No. 111] directing Plaintiff to file a motion for entry of Clerk's defaults against them.

Accordingly, it is

**ORDERED** as follows:

1. The Motion for Relief from Court's Orders **[ECF No. 112]** is **GRANTED**. Defendants, Garofano and Hadley have until June 5, 2026 to file their answers.

2. Plaintiff must file one of the following two responses with respect to Defendants, Nova Tech Ltd., Cynthia Petion, and Eddy Petion by **June 15, 2026**:

(a) Where there is only one defendant, or where there are multiple defendants,[1] but no allegations of joint and several liability, and no possibility of inconsistent liability between defendants, Plaintiff shall file a *motion for default final judgment*.

The *motion for default final judgment* must include affidavits of any sum certain due by Defendant, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *motion* shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. section 3931(b), if applicable; (2) a proposed order; and (3) a proposed final judgment. (These last two are required by Local Rule 7.1(a)(2)). Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at altonaga@flsd.uscourts.gov. Plaintiff shall send a copy of the *motion* to Defendant's counsel, or to Defendant if it does not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent to Defendant and the address where the notice was sent.

If Defendant fails to move to set aside the Clerk's Default or respond to the *motion for default final judgment* within the time permitted by the Rules, default final judgment may be entered, which, simply put, means that Plaintiff may be able to take Defendant's property or money, and/or obtain other relief against Defendant.

(b) Where there are multiple defendants and allegations of joint and several liability, or the possibility of inconsistent liability between defendants, Plaintiff shall file a *notice of joint*

[1] If there are multiple defendants, Plaintiff must state in the *motion for default final judgment* that there are no allegations of joint and several liability and set forth the basis why there is no possibility of inconsistent liability.

*liability*. *See Frow v. De La Vega*, 82 U.S. 552, 554 (1872); 10A Charles Alan Wright et al., *Federal Practice and Procedure* § 2690 (4th ed. 2021) (citing *Frow*, 82 U.S. at 554); *see also Gulf Coast Fans, Inc. v. Midwest Elecs. Imps., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984).

The *notice of joint liability* must briefly describe the allegations and advise the Court of the status of the other defendants' liability. Once liability is resolved as to all defendants, Plaintiff may move for the entry of default final judgment against Defendant, as described in (1) above, no later than 14 days thereafter.

* * *

Plaintiff's failure to file a *motion for default final judgment* or *notice of joint liability* within the specified time will result in a **dismissal** of the case without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of June, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record